No. 16,600.

O'BRIEN *v.* CITY AND COUNTY OF DENVER.
(255 P. [2d] 384)

Decided March 9, 1953.   Rehearing denied March 24, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. FRED W. VARNEY, for plaintiff in error.

Mr. LEONARD M. CAMPBELL, Mr. BURTON CRAGER, Mr. THOMAS E. BOYLES, for defendant in error.